# FINANCIAL DISCLOSURE REPORT

Calendar Year 2004

Report Required y the Ethics
in Goverement Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br>Tymkovich, Timothy M | 2. Court or Organization<br>Tenth Circuit Court of Appeals | 3. Date of Report<br>8/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge — Active | 5. ReportType (check appropriate type)<br>○ Nomination Date<br>○ Initial ⦿ Annual ● Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>1823 Stout<br>Denver, CO 80202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member | 230 Joint Venture |
| 2. | Member, Power of attorney | 433 Joint Venture |
| 3. | Member | HHT LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Hale Hackstaff 401K plan |
| 2. | 2003 | withdrawal agreement Hale Hackstaff Tymkovich LLC |
| 3. | 2003 | 433 Joint Venture |
| 4. | 2003 | HHT LLC |
| 5. | 2004 | 230 Joint Venture |

RECEIVED
2005 AUG 11 A 10: 24
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tymkovich, Timothy M | 8/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Hale Hackstaff Tymkovich | $75,000 est. |
| 2. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed -- writer |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federalist Society | reimbursement of travel (Nov. 2004) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tymkovich, Timothy M | 8/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Heritage | line of credit | K |
| 2. | Heritage | building loan | M |
| 3. | Countrywide | rental mortgage | L |
| 4. | Heritage | building loan | M |
| 5. | Schwab | line of credit | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Schwab Money Market Fund | B | Interest | M | T | | | | | |
| 2. Merrill Lynch Bank USA | C | Interest | J | T | | | | | |
| 3. Advanced Fiber Commn. | | None | J | T | | | | | |
| 4. | | | | | merger | 12/2 | J | | merger with Tell Labs |
| 5. Agilent Technology | | None | J | T | | | | | |
| 6. AT&T | A | Dividend | J | T | merger | 2004 | | | Comcast |
| 7. Comcast | A | Dividend | J | T | merger | 2004 | | | AT&T |
| 8. Wyeth (formerly American Home Products) | D | Dividend | M. | T | | | | | |
| 9. Bank of America | A | Dividend | K | T | | | | | |
| 10. Treasury Bond | A | Interest | J | T | | | | | |
| 11. Treasury Bond | A | Interest | J | T | | | | | |
| 12. Treasury Bond | A | Interest | J | T | | | | | |
| 13. Treasury Bond | A | Interest | J | T | | | | | |
| 14. Northeast Bond | A | Interest | J | T | | | | | |
| 15. Coca Cola | A | Dividend | K | T | | | | | |
| 16. | | | | | sell | 12/1 | | A | |
| 17. General Electric | D | Dividend | N | T | buy | 3/20 | J | | |
| 18. Freescale Semi | A | Dividend | J | T | spin off | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Hewlett Packard | B | Dividend | L | T | | | | | |
| 20. IBM | A | Dividend | K | T | | | | | |
| 21. Imation | A | Dividend | J | T | name change | | | | |
| 22. Intel | A | Dividend | M | T | buy | 8/22 | J | | |
| 23. | | | | | buy | 12/10 | J | | |
| 24. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 25. Key Corp. | A | Dividend | J | T | | | | | |
| 26. Micron Technology | A | Dividend | K | T | | | | | |
| 27. Microsoft | | None | L | T | | | | | |
| 28. 3M | A | Dividend | K | T | | | | | |
| 29. Motorola | A | Dividend | K | T | | | | | |
| 30. Nokia | A | Dividend | J | T | | | | | |
| 31. Paychex | A | Dividend | K | T | | | | | |
| 32. Sara Lee | A | Dividend | J | T | | | | | |
| 33. Schwab Total Stk | | | | | buy | 1/20 | K | | |
| 34. Speechworks International | | None | | T | | | | | |
| 35. Tell Labs | | | | | merger | 12/2 | J | | |
| 36. Templeton Developing | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,000-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Templeton Emerging Markets | A | Dividend | J | T | | | | | |
| 38. Voyageur Colorado Fund | A | Interest | J | T | | | | | |
| 39. Walmart | A | Dividend | M | T | | | | | |
| 40. Hale Hackstaff Tymkovich | | None | L | W | | | | | |
| 41. Northwest Mutual insurance cash value | B | Interest | K | T | | | | | |
| 42. Coca Cola | A | Dividend | J | T | | | | | |
| 43. Government Trust Bond | A | Interest | J | T | | | | | |
| 44. Treasury Bond I | A | Interest | K | T | | | | | |
| 45. Treasury Bond II | A | Interest | J | T | | | | | |
| 46. Treasury Bond III | A | Interest | J | T | | | | | |
| 47. Treasury Bond IV | A | Interest | J | T | | | | | |
| 48. New York Trust Bond | A | Interest | J | T | | | | | |
| 49. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 50. Treasury V | A | Interest | J | T | | | | | |
| 51. Treasury VI | A | Interest | J | T | | | | | |
| 52. Treasury VII | A | Interest | J | T | | | | | |
| 53. Treaaury VIII | A | Interest | J | T | | | | | |
| 54. Treasury IX | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Treasury X | A | Interest | J | T | | | | | |
| 56. Walmart | A | Dividend | K | T | | | | | |
| 57. General Electric | A | Dividend | L | T | | | | | |
| 58. IBM | A | Dividend | K | T | | | | | |
| 59. Microsoft | | None | L | T | | | | | |
| 60. Motorola | A | Dividend | J | T | | | | | |
| 61. Walmart | A | Dividend | K | T | | | | | |
| 62. Wells Fargo | A | Dividend | K | T | buy | 10/2 | J | | |
| 63. | | | | | buy | 10/15 | J | | |
| 64. | | | | | buy | 11/29 | J | | |
| 65. 230 Joint Venture (Co rental)($100,000; 10/2004) | A | Rent | L | R | buy | 10/04 | L | | Bill Tymkovich |
| 66. Pfizer | B | Dividend | J | T | | | | | |
| 67. HHT LLC | D | Distribution | M | T | | | | | |
| 68. Sun America Focused | E | Dividend | K | T | buy | many | | | |
| 69. Sun America Large Cap | D | Distribution | K | T | buy | many | | | |
| 70. 433 Joint Venture, Co. condo ($100,000, 8/2003) | A | Rent | L | R | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tymkovich, Timothy M | 8/15/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date _____8/10/2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544